UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| WILLIE M. FLANIGAN,<br><br>    Plaintiff,<br><br>    v.<br><br>SAN FRANCISCO POLICE DEPARTMENT, et al.,<br><br>    Defendants. | Case No. 16-cv-00066-WHA (RMI)<br><br>**ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANCUM** |

It is hereby ordered that the Clerk of the Court issue a Writ of Habeas Corpus Ad Testificandum for the person of WILLIE M. FLANAGAN, ID: 442224, presently in custody at the San Francisco County Jail at 850 Bryant Street in San Francisco, as the presence of said witness will be necessary at proceedings in the above-entitled cause and thereafter as may be required.

**IT IS SO ORDERED.**

Dated: August 7, 2018

ROBERT M. ILLMAN
United States Magistrate Judge

THE UNITED STATES DISTRICT COURT

TO: Sheriff, County of San Francisco

GREETINGS

WE COMMAND that you have and produce the body of WILLIE M. FLANAGAN, ID: 442224, in your custody in the hereinabove-mentioned institution, before the United States District Court

in Courtroom D of the Federal Courthouse at 450 Golden Gate Avenue in San Francisco at 10:00 a.m on September 4, 2018, in order that said prisoner may then and there participate in the SETTLEMENT CONFERENCE in the matter of Flanigan v. San Francisco Police Department, et al, and at the termination of said hearing return him forthwith to said hereinabove-mentioned institution, or abide by such order of the above-entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of the proceedings for which his testimony is required in this Court;

Witness the Honorable Robert M. Illman, Magistrate Judge of the United States District Court for the Northern District of California.

Dated: August 7, 2018

SUSAN Y. SONG, CLERK
UNITED STATES DISTRICT COURT

By: Linn Van Meter
Administrative Law Clerk

Dated: August 7, 2018

