UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| WILLIE M. FLANIGAN,<br><br>        Plaintiff,<br><br>    v.<br><br>SAN FRANCISCO POLICE<br>DEPARTMENT, et al.,<br><br>        Defendants. | Case No. 16-cv-00066-WHA (RMI)<br><br>**WRIT OF HABEAS CORPUS AD TESTIFICANDUM** |

It is hereby ordered that the Clerk of the Court issue a Writ of Habeas Corpus Ad Testificandum for the person of Willie M. Flanigan a/k/a Maurquise Johnson, SFNO 442224, presently in custody at San Francisco County Jail 4, as the presence of said witness will be necessary at proceedings in the above-entitled cause and thereafter as may be required.

Dated: July 29, 2019

_____
ROBERT M. ILLMAN
United States Magistrate Judge

TO: Warden, San Francisco County Jail 4

GREETINGS

WE COMMAND that you have and produce the body of Willie M. Flanigan a/k/a Maurquise Johnson, SFNO 442224, in your custody in the hereinabove-mentioned institution, before the United States District Court in Courtroom D of the Federal Courthouse at 450 Golden Gate Avenue in San Francisco at 9:30 a.m. on August 20, 2019, in order that said prisoner may then and there participate in the SETTLEMENT CONFERENCE in the matter of *Flanigan v. San*

1   *Francisco Police Department, et al.,* and at the termination of said hearing return him forthwith to

2   said hereinabove-mentioned institution, or abide by such order of the above-entitled Court as shall

3   thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at

4   all times necessary until the termination of the proceedings for which his testimony is required in

5   this Court;

6        Witness the Honorable Robert M. Illman, Magistrate Judge of the United States District

7   Court for the Northern District of California.

8

9   Dated: July 29, 2019                 SUSAN Y. SOONG, CLERK,
UNITED STATES DISTRICT COURT

10

11                                By: Joshua S. Brown
Administrative Law Clerk

12

13

14   Dated: July 29, 2019



15

16

17                                ROBERT M. ILLMAN
United States Magistrate Judge

18

19

20

21

22

23

24

25

26

27

28