IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE M. FLANIGAN,<br><br>  Plaintiff,<br><br>  v.<br><br>SAN FRANCISCO POLICE DEPARTMENT, *et al.*,<br><br>  Defendants. | No. C 16-00066 WHA<br><br>**ORDER RE PLAINTIFF'S LETTER** |

The Court thanks Attorney Adrian Canzoneri (for McGuireWoods, LLP) for volunteering to represent plaintiff for settlement purposes and completing discovery. The Court understands that Attorney Canzoneri is leaving the Bay Area and accordingly officially **TERMINATES** his and McGuireWoods' obligation to represent plaintiff. Possibly the Federal Pro Bono Project will be able to find new pro bono counsel for plaintiff, but regardless, plaintiff will have to represent himself at this point, and possibly until the end of the case. All further service henceforth shall be made to SF County Jail #4, 850 Bryant St., San Francisco, CA 94103.

With respect to plaintiff's criticism of Magistrate Judge Illman (Dkt. No. 120 at 4–5), the Court has full confidence in Magistrate Judge Illman and will not replace him.

**IT IS SO ORDERED.**

Dated: October 25, 2019.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE