DAVID CHIU, State Bar #189542
City Attorney
MEREDITH B. OSBORN, State Bar #250467
Chief Trial Deputy
REBECCA A. BERS, State Bar #287111
SABRINA M. BERDUX, State Bar #248927
Deputy City Attorneys
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-4224 [Bers]
Telephone:    (415) 554-3929 [Berdux]
Facsimile:     (415) 554-3837
E-Mail:         rebecca.bers@sfcityatty.org
E-Mail:         sabrina.m.berdux@sfcityatty.org

Attorneys for Defendants
SERGEANT CONROY TAM (# 138),
OFFICER JARED HARRIS (# 1065), and
OFFICER BRIAN HICKLIN (# 1151)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE M. FLANIGAN,<br><br>    Plaintiff,<br><br>vs.<br><br>SAN FRANCISCO POLICE DEPARTMENT, et al.,<br><br>    Defendants. | Case No. 3:16-cv-00066 WHA (PR)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO FILE PLAINTIFF'S MEDICAL INFORMATION UNDER SEAL**<br><br>Trial Date:          Vacated |

///

///

///

///

///

///

1    Having reviewed Defendants' administrative motion to file under seal the Plaintiff's medical
2 information, and good cause appearing, the Court grants Defendants' administrative motion to seal the
3 Plaintiff's medical information contained in their status update regarding Mr. Flanigan.

   IT IS SO ORDERED.

Dated: November 19, 2021.

_____
HON. WILLIAM ALSUP
United States District Court Judge