DAVID CHIU, State Bar #189542
City Attorney
MEREDITH B. OSBORN, State Bar #250467
Chief Trial Deputy
SABRINA M. BERDUX, State Bar #248927
Deputy City Attorneys
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3929 [Berdux]
Facsimile:     (415) 554-3837
E-Mail:         sabrina.m.berdux@sfcityatty.org

Attorneys for Defendants
SERGEANT CONROY TAM (# 138),
OFFICER JARED HARRIS (# 1065), and
OFFICER BRIAN HICKLIN (# 1151)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| WILLIE M. FLANIGAN, | Case No. 3:16-cv-00066 WHA (PR) |
|---|---|
| Plaintiff, | |
| vs. | **DEFENDANTS' PROPOSED WITNESS LIST** |
| SAN FRANCISCO POLICE DEPARTMENT, et al., | Trial Date:         June 5, 2023 |
| Defendants. | |

Defendants SERGEANT CONROY TAM, OFFICER JARED HARRIS, and OFFICER BRIAN HICKLIN (collectively, "Defendants") submit the following list of witnesses who may be called by Defendants to testify at trial:

| No. | Name | Expected Testimony |
|---|---|---|
| 1. | Plaintiff Willie M. Flanigan | Party |

| No. | Name | Expected Testimony |
|---|---|---|
| 2. | Anthony Holder (#1873) | Traffic collision investigation on 10/31/14; Facts regarding arrest and use of force |
| 3. | Shaughn Ryan (#1756) | Traffic collision investigation on 10/31/14; Facts regarding arrest and use of force |
| 4. | Defendant Jared Harris (#1065) | Party |
| 5. | Defendant Conroy Tam (#138) | Party |
| 6. | Defendant Brian Hicklin (#1151) | Party |
| 7. | Officer Timothy Paine (#763) | Traffic collision investigation on 10/31/14; Facts regarding arrest and use of force |
| 8. | Officer Wesley Villaruel (#1939) | Facts regarding collision investigations at Geary and Webster Street and Geary and Steiner Street, San Francisco; statements given on scene by plaintiff, Quayle, Lampkin, Ofc. Harris, Cooper, Hudson, Sgt. Tam, Ofc. Hicklin; observance of vehicle damage and points of rest; observance of accident scene conditions; stolen status of vehicle that plaintiff was operating. |
| 9. | Officer Steven Landi (#937) | Facts regarding observation, interview, plaintiff admissions, and blood drawing of plaintiff at San Francisco General Hospital on 10/31/14. Chain of custody regarding blood samples. DRE (Drug Recognition Expert) training and qualifications. |
| 10. | Sergeant Frank Harrell (#918) | Observations regarding accident on 10/31/14 involving plaintiff |
| 11. | Officer Angel Lozano (#554) | Observations regarding accident on 10/31/14 involving plaintiff |
| 12. | Officer Michael White (#1639) | Observations regarding accident on 10/31/14 involving plaintiff |
| 13. | Officer James Arnswald (#791) | Investigation of pedestrian/vehicle accident between plaintiff and Sergeant Holder on 10/31/14 at Turk Street. |
| 14. | Officer Lawrence Henderson (#1420) | Investigation of hit and run vehicle accident by plaintiff on 10/31/14 at Geary and Webster Street. |
| 15. | Officer Pearl Rogers (#591) | Investigation of vehicle accidents by plaintiff on 10/31/14. |
| 16. | Officer Aaron Bjorkquist (#563) | Investigation of vehicle accidents by plaintiff on 10/31/14. |
| 17. | Officer Enea | Facts regarding observation, interview, |

| No. | Name | Expected Testimony |
|---|---|---|
|  |  | plaintiff admissions, and blood drawing of plaintiff at San Francisco General Hospital on 10/31/14.  Chain of custody regarding blood samples. |
| 18. | Peter Cameron Quayle | Facts regarding traffic collision on Geary and Steiner on 10/31/14 |
| 19. | Charlotte Velasquez | Blood draw of plaintiff at San Francisco General Hospital on 10/31/14. |
| 20. | Officer Schimek (#34) | Facts regarding confirmation that the license plate on the vehicle that plaintiff was operating was stolen |
| 21. | Officer Gonzalez (#2264) | Facts regarding plaintiff while he was watched at San Francisco General Hospital |
| 22. | Sergeant Mahoney (#578) | Officers responding to the accidents on 10/31/14 involving plaintiff |
| 25. | Pavlos Karamanidis, B.S. | Facts regarding performance and results of the Report of Forensic Toxicology Analysis of specimen taken on 10/31/14. |
| 23. | Luke Rodda, PhD | Facts regarding performance and results of the Report of Forensic Toxicology Analysis of specimen taken on 10/31/14. |
| 24. | Armida Adams, RN | Triage nurse at San Francisco General Hospital; facts regarding plaintiff's presentations, statements regarding his condition, observations of his conditions; treatment provided; lack of cooperation by plaintiff |
| 25. | Robert Spencer, MD | Facts regarding plaintiff's subjective complaints; physical examination; diagnoses; radiological scans; treatment administered; plaintiff's statements and lack of cooperation. |
| 26. | Mark N. Pederson, MD | Facts regarding plaintiff's subjective complaints; physical examination; diagnoses; radiological scans; treatment administered; plaintiff's statements and lack of cooperation. |
| 27. | Christa Gallagher | Treatment provided at County Jail, plaintiff's complaints, statements, injuries or lack thereof. |
| 28. | Ian Albert | Mental health treatment and observation at County Jail, statements, injuries, or lack thereof |
| 29. | Monica Soto | Mental health treatment and observation at County Jail, statements, injuries, or lack thereof |

| No. | Name | Expected Testimony |
|---|---|---|
| 31. | Mark Leary | Mental health treatment and observation at County Jail, statements, injuries, or lack thereof |
| 32. | David Hudson | Facts regarding the car Plaintiff was driving; its stolen status (2012 Toyota Highlander) |
| 33. | Ram Nilesh, Eddie Tsui, or other person most knowledgeable regarding traffic signal function | Traffic signal function |
| 34. | Matthew Harger | Facts and circumstances related to Plaintiff's May 8, 2007 arrest |
| 35. | Roderick Suguitan | Facts and circumstances related to Plaintiff's August 27, 2013 arrest |
| 36. | Jarron Cross | Facts and circumstances related to Plaintiff's August 27, 2013 arrest |
| 37. | Saqib Aslam | Facts and circumstances related to Plaintiff's August 27, 2013 arrest |
| 38. | Carmen Walsh | Facts and circumstances related to Plaintiff's August 27, 2013 arrest |
| 39. | Brien Hoo | Facts and circumstances related to Plaintiff's August 27, 2013 arrest |
| 40. | John Barcojo | Facts and circumstances related to Plaintiff's August 27, 2013 arrest |
| 41. | Kevin Chin | Facts and circumstances related to Plaintiff's August 27, 2013 arrest |
| 42. | Aaron Lozada | Facts and circumstances related to Plaintiff's August 27, 2013 arrest |
| 43. | Kyle Jakobsen | Facts and circumstances related to Plaintiff's July 3, 2015 arrest |
| 44. | Bandy Riley | Facts and circumstances related to Plaintiff's October 10, 2016 arrest |
| 45. | Joseph Majeski | Facts and circumstances related to Plaintiff's October 10, 2016 arrest |
| 46. | Timothy Brophy | Facts and circumstances related to Plaintiff's September 11, 2017 arrest |
| 47. | Steven Orengo | Facts and circumstances related to Plaintiff's September 11, 2017 arrest |
| 48. | Ryan McEachern | Facts and circumstances related to Plaintiff's October 18, 2017 arrest |
| 49. | Christopher Wilhelm | Facts and circumstances related to Plaintiff's October 18, 2017 arrest |
| 50. | John Conway | Facts and circumstances related to Plaintiff's October 18, 2017 arrest |
| 51. | Danielle Drago | Facts and circumstances related to Plaintiff's October 18, 2017 arrest |
| 52. | Dylan Baldwin | Facts and circumstances related to Plaintiff's October 18, 2017 arrest |

| No. | Name | Expected Testimony |
|---|---|---|
| 53. | David Vizcay | Facts and circumstances related to Plaintiff's October 18, 2017 arrest |
| 54. | Brian Guiney | Facts and circumstances related to Plaintiff's October 18, 2017 arrest |
| 55. | Matthew Sullivan | Facts and circumstances related to Plaintiff's October 18, 2017 arrest |
| 56. | Custodian of Records at San Mateo Jail | Authentication of records |
| 57. | Custodian of Records at Santa Clara Jail | Authentication of records |
| 58. | Custodian of Records at California Department of Corrections and Rehabilitation | Authentication of Records |
| 59. | Custodian of Records of San Francisco Fire Department | Authentication of records. |
| 60. | Custodian of Records of San Mateo Medical Center | Authentication of records. |
| 61. | Custodian of Records of San Francisco General Hospital | Authentication of records. |
| 62. | Custodian of Records of Plaintiff's Medical Providers | Authentication of records. |
| 63. | Custodian of Records of Department of Emergency Management | Authentication of DEM recordings and records. |
| 64. | San Francisco Police Department Custodian of Records. | Authentication of SFPD records. |
| 65. | San Francisco Sheriff's Department Custodian of Records | Authentication of SFSD records. |
| 66. | California Highway Patrol Custodian of records | Authentication of CHP documents |
| 67. | Custodian of Records for San Francisco Medical Examiner's Office | Authentication of the Report of Forensic Toxicology Analysis of specimen taken on 10/31/14. |
| 68. | Custodian of Records of San Quentin | Authentication of records |
| 69. | Brian Dohorty, PhD | Opinions described in expert disclosure |
| 70. | Darrell Hayes, MD | Opinions described in expert disclosure |
| 71. | Jeffrey Martin | Opinions described in expert disclosure |
| 72. | John Mendelson, MD | Opinions described in expert disclosure |
| 73. | Tadao Yamaguchi | Opinions described in expert disclosure |

1  Dated: March 8, 2023

2
3                                          DAVID CHIU
                                           City Attorney
                                           MEREDITH B. OSBORN
4                                          Chief Trial Deputy
                                           SABRINA M. BERDUX
5                                          Deputy City Attorney

6
                                      By: __/s/ Sabrina M. Berdux_____
7                                          SABRINA M. BERDUX

8                                          Attorneys for Defendants
                                           SERGEANT CONROY TAM (# 138),
9                                          OFFICER JARED HARRIS (# 1065), and
                                           OFFICER BRIAN HICKLIN (# 1151)
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28