UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WILLIE M. FLANIGAN,

    Plaintiff,

    v.

SAN FRANCISCO POLICE DEPARTMENT, et al.,

    Defendants.

No. C 16-00066 WHA

**ORDER RE TOMORROW'S PRE-TRIAL CONFERENCE**

An officer from both Solano and San Quentin knowledgeable about the problem relating to plaintiff's alleged missing legal materials for this case shall attend tomorrow's pre-trial conference at 1:30 P.M. in person so that we may get to the bottom of it. Defense counsel shall please ensure the officers receive this order.

**IT IS SO ORDERED.**

Dated: March 14, 2023.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE