Pamela R. Davis (SBN: 172870)
PDavis@winston.com
Rachel McCauley (SBN: 335833)
RMcCauley@winston.com
WINSTON & STRAWN LLP
101 California Street, 35th Floor
San Francisco, CA 94111
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

Julie Bauer (admitted *pro hac vice*)
JBauer@winston.com
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
Telephone: (312) 558-5600
Facsimile: (312) 558-5700

Shawn Obi (SBN: 288088)
SObi@winston.com
Shui Sum Lau (SBN: 345456)
SsLau@winston.com
WINSTON & STRAWN LLP
333 S. Grand Ave, 38th Floor
Los Angeles, CA 90071
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

*Attorneys for Plaintiff*
WILLIE M. FLANIGAN

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| WILLIE M. FLANIGAN,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>SAN FRANCISCO POLICE DEPARTMENT, et al.,<br><br>　　　　　Defendants. | **Case No. 3:16-cv-00066-WHA (PR)**<br><br>[~~PROPOSED~~] **ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT PLAINTIFF WILLIE M. FLANIGAN**<br><br>Judge:　　　　Hon. William Alsup<br>Action Filed:　January 6, 2016<br>Trial Date:　　October 16, 2023 |

Willie Flanigan, California Department of Corrections number BL3458, the plaintiff and necessary party in proceedings in this case on October 11, 2023 and October 16, 17, 18, 19, and 20, 2023, is confined to and in the custody of California State Prison San Quentin, Main Street, San Quentin, CA 94964.

In order to secure Mr. Flanigan's attendance, it is necessary that a Writ of Habeas Corpus Ad Testificandum is issued commanding the custodian to produce Mr. Flanigan in Courtroom 12, 19th Floor, United States District Court, 450 Golden Gate Avenue, CA 94102, October 11, 2023 at 12:00 p.m. and October 16, 17, 18, 19, and 20, 2023 at 7:30 a.m.

ACCORDINGLY, IT IS ORDERED THAT:

1. A Writ of Habeas Corpus Ad Testificandum issue, under the seal of this court, commanding the California Department of Corrections to produce Willie Flanigan, prison identification number BL3458, to be present before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court, and thereafter to return Mr. Flanigan to the above institution; and

2. The custodian is ordered to notify the court of any change in custody of Mr. Flanigan and is ordered to provide the new custodian with a copy of this writ.

Dated: September 19, 2023

Respectfully submitted,

WINSTON & STRAWN LLP

By: /s/ Rachel McCauley
    Rachel McCauley

    Attorneys for Plaintiff
    WILLIE M. FLANIGAN

1

[Proposed] Order and Writ of Habeas Corpus Ad Testificandum to Transport Plaintiff
Case No. 3:16-cv-00066-wha

**WRIT OF HABEAS CORPUS AD TESTIFICADUM**

To:  The Warden of California State Prison San Quentin

WE COMMAND you to produce the person named above to testify before the United States District Court at the time and place above, and from day to day until the completion of the proceedings, or as ordered by the court; and thereafter return the person to the above institution.

FURTHER, you have been ordered to notify the court of any change in custody of the person and have been ordered to provide the new custodian with a copy of this writ.

IT IS ORDERED.

Dated: September 28, 2023

By: _____
Honorable William H. Alsup
UNITED STATES DISTRICT COURT JUDGE