UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WILLIE M. FLANIGAN,

    Plaintiff,

v.

OFFICER JARED HARRIS, OFFICER BRIAN HICKLIN, and SERGEANT CONROY TAM,

    Defendants.

No. C 16-00066 WHA

**VERDICT FORM**

1. Has plaintiff Willie Flanigan proven, by a preponderance of the evidence, that any of the following defendants used excessive force, as defined in the jury instructions, against plaintiff Willie Flanigan up to and including the point when he was handcuffed?

    a. Officer Jared Harris:    Yes _____    No ✓

    b. Officer Brian Hicklin:    Yes _____    No ✓

    c. Sergeant Conroy Tam:    Yes _____    No ✓

2. Has plaintiff Willie Flanigan proven, by a preponderance of the evidence, that any of the following defendants used excessive force, as defined in the jury instructions, against plaintiff Willie Flanigan after the point when he was handcuffed?

    a. Officer Jared Harris:              Yes ____        No ✓

    b. Officer Brian Hicklin:            Yes ____        No ✓

    c. Sergeant Conroy Tam:         Yes ____        No ✓

If you have answered "No" to all of Questions 1a–c and 2a–c, then your work is done; skip to the end of this form and sign and date it. Otherwise, proceed to Question 3.

3. What compensatory damages do you find plaintiff Willie Flanigan has proven, by a preponderance of the evidence, were caused by such excessive force?

If you find that plaintiff Willie Flanigan failed to prove compensatory damages, then write $1.00 for nominal damages.

Total Compensatory Damages:    $ _____

4. If you have found that plaintiff Willie Flanigan has proven compensatory damages caused by such excessive force both before and after he was handcuffed, state the percentage of such damages attributable to after he was handcuffed.

_____%

5. Has plaintiff Willie Flanigan proven, by a preponderance of the evidence, that the conduct that harmed him was malicious, oppressive, or in reckless disregard of his rights, as defined in the jury instructions? Answer for any defendant that you found used excessive force in Questions 1a–c and/or 2a–c.

    a. Officer Jared Harris:                Yes _____                No _____

    b. Officer Brian Hicklin:                Yes _____                No _____

    c. Sergeant Conroy Tam:             Yes _____                No _____

\*   \*   \*

You have now reached the end of the Verdict Form and should review it to ensure it accurately reflects your unanimous determinations. The foreperson should then sign and date the Verdict Form in the spaces below, and notify the courtroom deputy clerk that you have reached a verdict.

The foreperson should retain possession of the Verdict Form and bring it when the jury is brought back into the courtroom.

Dated: October 20, 2023.          By: _____.
                                       Foreperson