UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WILLIE M. FLANIGAN,

    Plaintiff,

v.

OFFICER JARED HARRIS, OFFICER BRIAN HICKLIN, and SERGEANT CONROY TAM,

    Defendants.

No. C 16-00066 WHA

**FINAL JUDGMENT**

Based on the unanimous verdict, final judgment is hereby entered in favor of Officer Jared Harris, Officer Brian Hicklin, and Sergeant Conroy Tam, and against Willie M. Flanigan. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: October 20, 2023.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE